# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

JOHN W. HARRIS,

    **Plaintiff,**

v.                               Case No. 3:19-cv-1170-J-20MCR

RON DESANTIS, Governor, individually
and in his official capacity, RICK SCOTT,
Senator, individually and in his official
Capacity, and STEPHEN HEBERT,
Investigator, individually and his
Official capacity,

    **Defendants.**
_____/

## ORDER

**THIS CAUSE** is before this Court following a Report and Recommendation, entered March 5, 2020, that recommends this case be dismissed without prejudice. (Dkt 4).

Plaintiff John W. Harris filed a *pro se* Complaint and an Application to proceed *in forma pauperis*. (Dkts 1 & 2, respectively). After reviewing, Plaintiff's Application, United States Magistrate Judge Monte C. Richardson recommended it be denied and the case be dismissed without prejudice. (Dkt. 4).

No objections were filed to the Report and Recommendation as required.[1] After an independent review of the record and upon consideration of the Report and Recommendation, this Court finds that it is not clearly erroneous or contrary to the law and adopts the same in all respects.

Accordingly, it is hereby **ORDERED**:

    1. The Magistrate Judge's Report and Recommendation (Dkt. 4) is **ADOPTED**;

---

[1] *See* footnote 1 of the Report and Recommendation. (Dkt. 4).

2. Plaintiff's "Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)" (Dkt. 2) is **DENIED**;

3. The case is **DISMISSED without prejudice**; and

4. The Clerk is **DIRECTED** to terminate all pending motions and close this case.

**DONE AND ENTERED** at Jacksonville, Florida, this 9th day of April, 2020.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Hon. Monte C. Richardson
John W. Harris, *pro se*
    4981 Gladys Lane
    Hillard, Florida 32046